IN THE MATTER OF THE RECEIVERSHIP OF THE SYRACUSE, CHENANGO AND NEW YORK RAILROAD COMPANY. — Motion to dismiss the appeal denied, with ten dollars costs. Order appealed from reversed, with ten dollars costs and disbursements, and motion to dismiss the petition granted, with ten dollars costs. *Per Curiam* opinions filed, with the clerk of Monroe.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK, LACKAWANNA AND WESTERN RAILROAD COMPANY, *Appellant,* TO ACQUIRE A CROSSING OF THE BUFFALO, NEW YORK AND ERIE RAILROAD COMPANY AND THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, OVER THEIR RAILROADS IN THE TOWN OF ERWIN, *Respondents.* — Order reversed and proceedings remitted to the Special Term for the exercise of its discretion, with ten dollars costs and disbursements. *Held,* that the Special Term erred in denying the application on the ground of the want of power.

IN THE MATTER OF THE APPLICATION OF THE SYRACUSE, CHENANGO AND NEW YORK RAILROAD COMPANY AND OF GEORGE LEWIS, JR., ETC., A STOCKHOLDER, ETC. — Order appealed from affirmed. *Held,* that the order should be affirmed as it directs the time, place and manner of holding an election, etc., as directed by the order of 6th of August, 1881, which is yet in force, as modified and affirmed by the General Term.

JOHN W. STEELE and another, *Appellants, v.* RICHARD B. HOAG, *Respondent.* — Order affirmed, with ten dollars costs and disbursements.

JOSEPH QUIN, *Respondent, v.* THE CITY OF BUFFALO, *Appellant.* — Motion for reargument denied.

IN THE MATTER OF THE APPLICATION OF THE NEW YORK, LACKAWANNA AND WESTERN RAILROAD COMPANY TO ACQUIRE A CROSSING OF THE BUFFALO, NEW YORK AND LAKE ERIE RAILROAD COMPANY AND THE LAKE SHORE AND MICHIGAN SOUTHERN RAILROAD COMPANY IN THE CITY OF BUFFALO AND TWO OTHER CASES. — Order in each case affirmed, with ten dollars costs and disbursements.